IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

WILLIAM GUSTIN,                )
                               )
     Plaintiff,                )
                               )
v.                             )    CASE NO. CV417-205
                               )
ALLSTATE INSURANCE COMPANY,    )
                               )
     Defendant.                )
                               )

## O R D E R

Before the Court is the parties' Joint Motion for Remand. (Doc. 7.) In the motion, the parties state that they have agreed this case does not involve a dispute over federal flood benefits (id. ¶ 4) and that it should be remanded back to the State Court of Chatham County, Georgia (id. ¶ 5). Accordingly, the parties' motion is **GRANTED** and this case is **REMANDED** to the State Court of Chatham County, Georgia. The Clerk of Court is **DIRECTED** to send a certified copy of this order to the Clerk of the State Court of Chatham County and to close this case.

SO ORDERED this 13th day of November 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office
11/13/2017
Deputy Clerk